No. 738, October Term, 1940. GENERAL MOTORS CORP. *v.* UNITED STATES. October 13, 1941. 312 U. S. 708.

No. 739, October Term, 1940. UNITED MOTOR SERVICE, INC. *v.* UNITED STATES. October 13, 1941. 312 U. S. 708.

No. 817, October Term, 1940. ROYAL INDEMNITY CO. *v.* UNITED STATES. October 13, 1941. 313 U. S. 289.

No. 917, October Term, 1940. FARNSWORTH *v.* SANFORD, WARDEN. October 13, 1941. 313 U. S. 586.

No. 924, October Term, 1940. TOM WING ART *v.* CARMICHAEL, DISTRICT DIRECTOR U. S. IMMIGRATION AND NATURALIZATION SERVICE. October 13, 1941. 313 U. S. 595.

No. 966, October Term, 1940. BELAND *v.* UNITED STATES. October 13, 1941. 313 U. S. 585.

No. 969, October Term, 1940. SOUTH ATLANTIC STEAMSHIP CO. OF DELAWARE *v.* NATIONAL LABOR RELATIONS BOARD. October 13, 1941. 313 U. S. 582.

No. 1045, October Term, 1940. NICHOLS ET AL. *v.* TODD, TRUSTEE, ET AL. October 13, 1941. 313 U. S. 577.

No. 1056, October Term, 1940. SINGER MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 13, 1941. 313 U. S. 595.